# United States District Court
for the

Southern District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Shanel FIELDS**<br>**Forney, Texas** | )<br>)<br>) Case Number:<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 26, 2019** in the county of **Webb** in the **Southern** District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8 United States Code, Section 1324 | **Knowing and in reckless disregard of the fact that a certain alien had come to, entered, and remained in the United States in violation of law, did transport and move, attempt to transport and move, and conspire to transport and move such alien within the United States, by means of transportation and otherwise, in furtherance of such violation of law.** |

This criminal complaint is based on these facts:

See attachment "A".

[X]   Continued on the attached sheet.

/s/ Micah Sublett
Complainant's Signature

**Micah Sublett, Special Agent**
Printed Name and Title

Sworn to before me and signed in my presence,

Date:   **September 30, 2019**

Judge's Signature

City and State:   Laredo, Texas      **Diana Song Quiroga, U.S. Magistrate Judge**
Name and Title

UNITED STATES OF AMERICA                                                                                         Page 2
      V.
    Shanel FIELDS

**[CONT OF BASIS OF COMPLAINT]**

1. On September 26, 2019 at approximately 9:18 pm, Homeland Security Investigations (HSI) Special Agents (SAs) received a request for investigative assistance from United States Border Patrol Agents (BPAs) at the Border Patrol Laredo North Checkpoint (C29) located on Interstate 35 (I35) at mile marker 29, in the Southern District of Texas in reference to a human smuggling event. HSI SAs responded to the United States Border Patrol station to conduct interviews.

2. HSI SAs responded to C29 and interviewed BPAs.  BPAs stated at approximately 8:55 pm, while working their assigned duties at C29, a white tractor towing three (3) new tractors, approached the primary inspection lane. BPAs stated during the immigration inpection of the driver, Shanel FIELDS, a United States Citizen (USC), they noticed condensation on the windows of the towed tractors.  BPAs referred FIELDS to the secondary inspection location.  BPAs stated during the secondary inspection, a BPA canine alerted to the presence of concealed humans or narcotics.  BPAs stated they requested consent from FIELDS to search all the tractors being towed. FIELDS consented to the search and the BPAs located three (3) persons per tractor for a total of nine (9) concealed persons.  BPAs conducted an immigration inspection which concluded that all nine (9) individuals were undocumented aliens (UDAs) illegally present in the United States with no documentation allowing them to remain.

3. During a post Miranda interview, FIELDS stated she took a bus from her hometown in Forney, Texas to Laredo, Texas and spent Wednesday night in a hotel.  FIELDS stated she works for the company Truck Movers and came to Laredo to pick up 4 tractors and drive them to Ohio.  FIELDS stated on Thursday afternoon she got a ride from her hotel to Truck Movers, located on Interstate 35 near mile marker 27, to picked up the tractors. FIELDS stated once she picked up the tractors, she came back down to Laredo to do some shopping and denied knowledge of the undocumented aliens found inside the tractors.

4. Oziel Gerardo ESPARZA- Diaz and Leidy GONZALEZ-Castaneda are both foreign nationals from Mexico and admitted to illegally entering the United States by crossing the Rio Grande River to then be smuggled to North Carolina, for various amounts of money and will be held as material witnesses in this case.  Both ESPARZA and GONZALEZ identified driver Shanel FIELDS from a six pack photo array and stated they recognized her and that she was with an unknown male who directed them to load into the tractors.